IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFREY A. SUMNER<br>    Plaintiff,<br><br>v.<br><br>TOMPKINS INSURANCE<br>AGENCIES, INC.,<br>    Defendant. | CIVIL ACTION<br>NO. 16-2218 |

## ORDER

AND NOW, this 15th day of June, 2016, upon consideration of filings made in the related case, 16-CV-2217, including Plaintiff's Motion to Consolidate Cases and for Remand, (Dkt No. 24), Defendants' Response in Opposition, (Dkt No. 30), and Plaintiff's Response in Support of its Motion, (Dkt No. 32), it is hereby ORDERED that this case is DISMISSED without prejudice to refile in state court.

The Clerk of Court is hereby directed to CLOSE this case.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II      J.